**FILE COPY**



## Court of Appeals

Seventh District of Texas
Potter County Courts Building
501 S. Fillmore, Suite 2-A
Amarillo, Texas 79101-2449
www.txcourts.gov/7thcoa.aspx

BRIAN QUINN
Chief Justice

JAMES T. CAMPBELL
Justice

MACKEY K. HANCOCK
Justice

PATRICK A. PIRTLE
Justice

VIVIAN LONG
Clerk

MAILING ADDRESS:
P. O. Box 9540
79105-9540

(806) 342-2650

May 17, 2016

Darrell R. Carey
LAW OFFICES OF DARRELL R. CAREY
300 15th Street
Canyon, TX 79015
* DELIVERED VIA E-MAIL *

Randall C. Sims
District Attorney
501 South Fillmore, Suite 5A
Amarillo, TX 79101
* DELIVERED VIA E-MAIL *

**RE:**   Case Numbers:  07-15-00351-CR, 07-15-00352-CR
Trial Court Case Numbers: 69,062-B, 69,063-B

**Style:** Jeremy Chad Braun v. The State of Texas

Dear Counsel:

The Court this day issued an opinion, judgment, and mandate in the captioned causes.  TEX. R. APP. P. 48.

In addition, pursuant to Texas Government Code, Sec. 51.204(b)(2), exhibits on file with this Court, **if any**, will be destroyed three years after final disposition of the case or at an earlier date if ordered by the Court.

Very truly yours,

*Vivian Long*

VIVIAN LONG, CLERK

xc:   Honorable John B. Board (DELIVERED VIA E-MAIL)
Jodi Goodman (DELIVERED VIA E-MAIL)
Caroline Woodburn (DELIVERED VIA E-MAIL)